# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 06-16403 EEB |
| CENTRIC FINANCIAL, LLC, *et al.*, ) | (Chapter 11) |
| ) | |
| Debtors, ) | Jointly Administered |
| ) | |
| CENTRIX FINANCIAL LIQUIDATING TRUST, ) | |
| *et al.*, ) | Adversary Proceeding No. |
| ) | 08-01593 EEB |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT E. SUTTON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER having come before the Court upon the Motion for Leave to File Replies by Date Certain (the "Motion") filed by Defendants, Robert E. Sutton, 6762 Potomac, LLC, Centrix Consolidated, LLC, Johnson Street Holdings, LLC, RES Capital Holdings, Inc., Harrison Custom Builders, Ltd., Design Management, Inc., Katherine Sutton, Julie Sutton, Elizabeth Sutton, David Sutton, Birdie, LLC, Julie L. Sutton Revocable Trust and Potomac Aviation, LLC (collectively, "Defendants") on December 15, 2008; and

THE COURT, having reviewed the Motion and the file and having determined that the relief requested in the Motion should be granted;

NOW, THEREFORE, the Motion is hereby GRANTED, and Defendants shall have until and including December 31, 2008, in which to file Replies in support of their Motion to Dismiss and their Demand for Jury Trial and Motion for Withdrawal of Reference.

DATED this 17th day of December, 2008.

BY THE COURT:

*Elizabeth E. Brown*
United States Bankruptcy Judge