**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CENTRIX FINANCIAL, LLC, et al., | ) | Bankruptcy Case No. 06-16403 EEB |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | Jointly Administered |
| | ) | |
| CENTRIX FINANCIAL LIQUIDATING, | ) | |
| TRUST and JEFFREY A. WEINMAN IN HIS | ) | |
| CAPACITY AS TRUSTEE FOR THE | ) | |
| CENTRIX FINANCIAL LIQUIDATING | ) | |
| TRUST | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 08-1593 EEB |
| | ) | |
| ROBERT E. SUTTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**
_____

     THIS MATTER comes before the Court on the Renewed Motion to Withdraw Reference and to Dismiss filed by Defendants Robert E. Sutton, 6762 S. Potomac, LLC, Centrix Consolidated, LLC, Founders Insurance Company, Ltd., Johnson Street Holdings, LLC, RES Capital Holdings, Inc., Williston Holdings, Ltd., Katherine Sutton, Julie Sutton, Elizabeth Sutton, David Sutton, Birdie LLC, Grand Construction, LLC, Harrison Custom Builders, Ltd., Design Management, Inc., Julie L. Sutton Revocable Trust and Potomac Aviation, LLC (collectively the Defendants) (Document #118). The Court being otherwise advised in the premises hereby

     FINDS that the Defendants filed a Motion for Withdrawal of Reference on November 17, 2008 (Document #54). It is the practice of the bankruptcy court and the United States District Court for the District of Colorado (the "District Court") to allow the bankruptcy court to continue to rule on all motions filed in the case until the District Court enters an order withdrawing the reference. The customary order of withdrawal entered by the District Court refers all matters back to the bankruptcy court up to the point of trial, including all dispositive motions. Until the District Court rules otherwise, this Court will continue to rule on all matters

filed. There is no need to file a renewal of the Motion for Withdrawal of Reference as it is a motion transmitted to the District Court and only the District Court can act upon such a request. The District Court has received the request in this case and it remains pending before that court.

ORDERS that this Court will take no further action on Defendants' Renewed Motion for Withdrawal of Reference.

DATED this 27th day of April, 2009.

BY THE COURT:

_____
Elizabeth E. Brown
United States Bankruptcy Judge