IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00088-PAB

In re: CENTRIX FINANCIAL, LLC

CENTRIX FINANCIAL LIQUIDATING TRUST, et al.,

    Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    On June 8, 2009, the Court granted in part and denied in part [Docket No. 20] the motion for withdrawal of reference [Docket No. 1] and the renewed motions to withdraw reference [Docket Nos. 15, 19] filed by defendants Robert E. Sutton; 6762 Potomac, LLC; Centrix Consolidated, LLC; Founders Insurance Company, Ltd.; Johnson Street Holdings, LLC; RES Capital Holdings, Inc.; Williston Holdings, Ltd.; Grand Construction, LLC; Harrison Custom Builders, Ltd.; Design Management, Inc.; Katherine Sutton; Julie Sutton; Elizabeth Sutton; David Sutton; Birdie, LLC; Julie L. Sutton Revocable Trust; and Potomac Aviation, LLC (collectively, the "Sutton defendants").  The Court granted the motions to the extent that the reference of this case to the United States Bankruptcy Court for the District of Colorado shall be withdrawn when the case is ready for trial as to any claims on which the parties to the motion have a right to a jury trial, notwithstanding waiver of any such right, and which have not been resolved during pretrial proceedings.  Because there may ultimately be no claims remaining that will require further action of this Court, it is

    **ORDERED** that this case is administratively closed.  In the event the case becomes ready for trial as to any claims on which the parties to the motion have a right to a jury trial, notwithstanding waiver of any such right, and which have not been resolved during pretrial proceedings, the parties may seek to have the case reopened.

    DATED January 6, 2011.