IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00088-PAB-CBS

In re: CENTRIX FINANCIAL, LLC

CENTRIX FINANCIAL LIQUIDATING TRUST,
JEFFREY A. WEINMAN, in his capacity as Trustee for the Centrix Financial Liquidating Trust,

    Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

    Defendants.

---

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to Magistrate Judge Craig B. Shaffer to:

    ( ) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X) Conduct such status conferences and issue such orders necessary to prepare this matter for trial.

    ( ) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

    (X) Conduct a pretrial conference and enter a pretrial order.

    (X) On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

    **IT IS ORDERED** that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

DATED April 2, 2013.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge