IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: 09-cv-00088-PAB-CBS     FTR - Reporter Deck - Courtroom A402
Date: April 10, 2013     Courtroom Deputy: Nick Richards and Jennifer Hawkins

| *Parties:* | *Counsel:* |
|---|---|
| CENTRIX FINANCIAL LIQUIDATING TRUST et al, | Ann Marie Uetz |
|  | David Goroff |
|  | Ryan Bewersdorf |
| Plaintiffs, |  |
| v. |  |
| ROBERT E. SUTTON et al, | John Craig Plotkin |
|  | Michael Connelly |
| Defendants. | Joseph Bernstein |
|  | Robert Liechty |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session: 11:00 a.m.**
Court calls case. Appearances of counsel. All counsel appears via telephone.

**ORDERED**: Plaintiffs' Second Motion to Set Dates for Trial [Doc. No. 28, filed January 29, 2013] is **DENIED** as stated on the record.

Discussion by Court and counsel regarding consolidating cases and setting for Final Pretrial Conference.

**ORDERED**: Final Pretrial Conference set for June 6th, 2013 at 8:30 a.m. Lead Counsel must be present for hearing. Proposed Final Pretrial Order to be filed no later than Friday, May 24, 2013.

Hearing Concluded.

**Court in recess: 11:49 a.m.**

Total time in court:     00:49 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.