IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00088-PAB-CBS
    (Consolidated with Civil Action No. 09-cv-01542-PAB-CBS)

---

Civil Action No. 09-cv-00088-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, et al.,

    Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

    Defendants.

---

In re: CENTRIX FINANCIAL, LLC, et al.,

CENTRIX FINANCIAL LIQUIDATING TRUST, and
JEFFREY A. WEINMAN in his capacity as Trustee for the Centrix Financial
Liquidating Trust,

    Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and
AIG DOMESTIC CLAIMS, INC.,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion to Compel Plaintiffs to Comply with Two Prior Bankruptcy Court Orders, to Produce the Withheld Documents, and for Appropriate Sanctions [Docket No. 51] filed by defendant National Union Fire Insurance Company of Pittsburgh, Pa. and Chartis Claims, Inc. (collectively, "National Union").

National Union states that, "given the Bankruptcy Court's intimate familiarity with the subject matter of this motion, a limited order of reference to the Bankruptcy Court covering this discovery issue would . . . be appropriate." Docket No. 51 at 2. The Court has not withdrawn the general order referring this case to the bankruptcy court. *See* Docket Nos. 20 and 23. Accordingly, a limited order of reference is not required to extend jurisdiction over this motion to the bankruptcy court. Wherefore, it is

**ORDERED** that the Motion to Compel Plaintiffs to Comply with Two Prior Bankruptcy Court Orders, to Produce the Withheld Documents, and for Appropriate Sanctions [Docket No. 51] filed by defendant National Union Fire Insurance Company of Pittsburgh, Pa. and Chartis Claims, Inc. is STRICKEN. National Union may refile this motion in Case No. 09-1150-EEB in the United States Bankruptcy Court for the District of Colorado.

DATED May 28, 2013.