IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00088-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

Debtors,

CENTRIX FINANCIAL LIQUIDATING TRUST, et al.,

    Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ROLAND ANDERSON
_____

This matter comes before the Court on Plaintiffs' Motion to Dismiss Action Against Defendant Roland Anderson [Docket No. 135]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that Plaintiffs' Motion to Dismiss Action Against Defendant Roland Anderson [Docket No. 135] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Roland Anderson are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 4, 2014.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge