IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00088-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

Debtors,

CENTRIX FINANCIAL LIQUIDATING TRUST, et al.,

     Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

     Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS HARRISON BUILDERS, LTD. AND GRAND CONSTRUCTION, LLC**
_____

     This matter comes before the Court on Plaintiffs' Motion to Dismiss Action Against Defendants Harrison Builders, Ltd. and Grand Construction, LLC [Docket No. 137]. The Court has reviewed the pleading and is fully advised in the premises. It is

     **ORDERED** that Plaintiffs' Motion to Dismiss Action Against Defendants Harrison Builders, Ltd. and Grand Construction, LLC [Docket No. 137] is GRANTED. It is further

     **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendants Harrison Builders, Ltd. and Grand Construction, LLC are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 4, 2014.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge