IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00088-PAB-CBS

In re: CENTRIX FINANCIAL, LLC, et al.,

Debtors,

CENTRIX FINANCIAL LIQUIDATING TRUST, et al.,

     Plaintiffs,

v.

ROBERT E. SUTTON, et al.,

     Defendants.
_____

## ORDER OF DISMISSAL
_____

     This matter comes before the Court on the Unopposed Motion to Dismiss Remaining Claims Asserted by Plaintiffs Against Defendants Robert E. Sutton; 6762 Potomac, LLC; Centrix Consolidated, LLC; Founders Insurance Company, Ltd.; Johnson Street Holdings, LLC; RES Capital Holdings, Inc.; Williston Holdings, Ltd.; Katherine Sutton; Julie Sutton; Elizabeth Sutton; David Sutton; Birdie, LLC; the Julie L. Sutton Revocable Trust; and Potomac Aviation, LLC [Docket No. 145]. The Court has reviewed the pleading and is fully advised in the premises.  It is

     **ORDERED** that the motion to dismiss [Docket No. 145] is GRANTED.  Pursuant to Fed. R. Civ. P. 41(a), all pending claims plaintiffs have asserted against defendants Robert E. Sutton; 6762 Potomac, LLC; Centrix Consolidated, LLC; Founders Insurance Company, Ltd.; Johnson Street Holdings, LLC; RES Capital Holdings, Inc.; Williston

Holdings, Ltd.; Katherine Sutton; Julie Sutton; Elizabeth Sutton; David Sutton; Birdie, LLC; the Julie L. Sutton Revocable Trust; and Potomac Aviation, LLC (collectively, the "Sutton Defendants") are dismissed without prejudice, each party to bear its own attorneys' fees and costs.  It is further

      **ORDERED** that the Court shall retain jurisdiction over this case in order to enforce the terms of the settlement agreement entered into between plaintiffs and the Sutton Defendants.  It is further

      **ORDERED** that the jury trial scheduled for April 15, 2014 is vacated, and this case is closed.

      DATED April 14, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge